Richard Hofman, Esq.
29219 CANWOOD ST, NO 101
AGOURA HILLS, CA 91301
Los Angeles, CA 90010
Telephone: (818) 203-6777
Fax: (818) 579-7925
EMAIL: hofman.r@gmail.com

Defendant in pro per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL TECH INSUTRIES GROUP, INC ET AL<br><br>PLAINTIFF,<br>vs.<br><br>RICHARD HOFMAN ET AL;(<br>DEFENDANTS.<br>_____ | Case No. 2:24-CV-05615-HDV-MAAx<br><br>**STIPULATION AND PROPOSED ORDER RE DATE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS, OF   RECORD : **The parties stipulate to the following**

STIPULATION. Page 1

1. Defendant waived service of the original complaint providing him up until September 10, 2024 to file a response to the complaint.

2. Recently Plaintiff filed a substantive First amended complaint. Defendant has agreed to waive service and the parties have agreed that the prior September 10, 2024 date shall remain as the response date to the newly filed First Amended Complaint.

3. The parties below request that the Court set September 10, 2024 as Defendant's response date to the newly filed First amended complaint.

Dated: 7/24/24

EPGR BY MR JESSE K BOLLING FOR PLAINTIFFS

Dated: 7/24/24

BY RICHARD HOFMAN

STIPULATION. Page 2