TERI T. PHAM (SBN 193383)
tpham@epgrlawyers.com
JESSE K. BOLLING (SBN 286267)
jbolling@epgrlawyers.com
MICHAEL F. PINTO (SBN 340775)
mpinto@epgrlawyers.com
**ENENSTEIN PHAM GLASS & RABBAT LLP**
3200 Bristol Street, Suite 500
Costa Mesa, CA 92626
Tel.: (714) 292-0262

Attorneys for Plaintiffs
Global Tech Industries Group, Inc., David Reichman, and Luke Rahbari

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL TECH INDUSTRIES GROUP, INC., a NEVADA corporation; DAVID REICHMAN, an individual; and LUKE RAHBARI, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICHARD A. HOFMAN, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:24-CV-05615-HDV-MAAx<br><br>Hon. District Judge: Hernan D. Vera<br>Magistrate Jude: Maria A. Audero<br><br>**PLAINTIFFS' STATUS REPORT TO COURT RE DKT# 64 AND 66** |

1

**PLAINTIFFS DAVID REICHMAN AND AFSHIN LUKE RAHBARI'S STATUS REPORT TO COURT RE DKT# 64 AND 66**

Pursuant to the Court's October 29, 2024 Order [Dkt. 66], Teri T. Pham, Esq., Jesse K. Bolling, Esq., and Michael F. Pinto, Esq. of Enenstein Pham Glass & Rabbat LLP ("collectively EPGR Lawyers"), counsel or record for Plaintiffs Global Tech Industries Group, Inc. ("GTII"), David Reichman, and Luke Rahbari respectfully report to the Court as follows:

Concurrently with the submission of this Report, Plaintiffs David Reichman and Luke Rahbari have filed a Voluntary Dismissal of all of their claims in this action against all Defendants, without prejudice [Dkt #67].

EPGR Lawyers is not privy to any communications between Plaintiff GTII and Defendant Richard Hofman regarding dismissal of the claims by GTII, as set forth in Mr. Hofman's "Notice GTII's Election to Dismiss Action With Prejudice" filed with the Court on October 25, 2024 [Dkt #64]. EPGR Lawyers has received no instruction from the Receiver for Plaintiff GTII regarding dismissal of its claims in this action, or any instruction whatsoever as to how the Receiver wishes to proceed in this action. As indicated in EPGR Lawyers' Motion for Leave of Court to Withdraw as Counsel of Record filed September 26, 2024 ("Motion to Withdraw") [Dkt #42], the Receiver has only instructed that EPGR Lawyers "do nothing further" on behalf of GTII in this action.

EPGR Lawyers has provided copies of all documents filed in this action to the Receiver and his counsel. A copy of this Status Report is also being provided to the Receiver and his counsel. EPGR Lawyers accordingly respectfully requests that the Court grant its Motion to Withdraw.

Dated: November 1, 2024              **ENENSTEIN PHAM GLASS AND RABBAT, LLP**

                                     By: _____
                                         Teri T. Pham
                                         Jesse K. Bolling
                                         Michael F. Pinto
                                         Attorneys for Plaintiffs

**PLAINTIFFS DAVID REICHMAN AND AFSHIN LUKE RAHBARI'S STATUS REPORT TO COURT RE DKT# 64 AND 66**

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 3200 Bristol Street, Suite 500, Costa Mesa, CA 92626. On November 1, 2024, I served the document(s) described as:

### PLAINTIFFS DAVID REICHMAN AND AFSHIN LUKE RAHBARI'S STATUS REPORT TO COURT RE DKT# 64 AND 66

By the following method of service:

[ X ] **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM ONLY** In accordance with Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California's Case Management and Electronic Case Filing (CM/ECF) system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

Richard A Hofman
**Richard Hoffman Law Offices**
29219 Canwood Street No 101
Los Angeles, CA 90010
818-203-6777
818-579-7925 (fax)
hofman.r@gmail.com
*Defendant In Pro-Per*

__X___   **BY ELECTRONIC SERVICE**:
I caused the document(s) to be sent to the persons at their respective electronic notification addresses, listed below.

| [E-MAIL] | [E-MAIL] |
|---|---|
| Afshen Luke Rahbari | David Reichman |
| 793 Post Road East, Unit F1 | 511 6th Avenue, #800 |
| Westport, CT 06880 | New York, NY 10011 |
| luke.rahbari@gmail.com | david@davidreichman.com |
| | **With copy to Neil Beller, Esq.** |
| | 1333 N Buffalo Dr. #210 |
| | Las Vegas, NV 89128 |
| | nbeller@njbltd.com |

**[E-MAIL]**

**Global Tech Industries Group, Inc.**
c/o Paul Strickland, Receiver
120 State Ave. Ne, Suite 1014
Olympia, WA 98501
receiver@gtii-us.com

**With copy to William Noall, Esq.**
GARMAN TURNER GORDON
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
wnoall@Gtg.legal

[ X ] **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct

                                   */s/ Johnny G. Balbuena*
                                   Johnny G. Balbuena

**CERTIFICATE OF SERVICE**